LEAVE GRANTED TO FILE:
11/12/2020

Civil Action No.: 1:20-CV-11336-ADB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Nugene International, Inc.

was received by me on (date) 10/13/2020       .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Danielle Naki, Administrative Assistant , who is

designated by law to accept service of process on behalf of (name of organization) VCorp Services, LLC

701 S. Carson St., Ste. 200, Carson City, NV 89701 @ 1:06PM on (date)  10/14/2020     ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ 100.80 ___ for services, for a total of $ 100.80 _____.

I declare under penalty of perjury that this information is true.


10/16/2020
Date

*Server's Signature*

Cindy Lee Arnold, Process Server #R-2020-12596
*Printed name and title*

Legal Process Service, State Lic. #604
105 Mary Street
Reno, NV 89509
*Server's Address*

Additional information regarding attempted service, etc:
Additional Documents Served:
Complaint and Demand for Jury Trial

# UNITED STATES DISTRICT COURT
для the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:20-CV-11336-ADB |
| NUGENE INTERNATIONAL, INC. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NuGene International, Inc.
c/o VCorp Services, LLC, as Registered Agent
701 S. Carson Street, Suite 200
Carson City, NV 98701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Giordano
Reed and Giordano, P.A.
47 Winter Street, Suite 800
Boston, MA 02108-4774

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sherry Jones
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-07-15 15:43:38.0, Clerk USDC DMA