# REED & GIORDANO

Attorneys at Law
A Professional Association
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com

Philip M. Giordano*
Barry C., Reed, Jr.
_____
Thomas A. Bockhorst,* Of Counsel
Sophia E. Kyziridis
Derek A. Glover
*Also admitted in New York

**BY ECF FILING ONLY**

March 26, 2021

The Honorable Allison D. Burroughs
United States District Court for
   the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

      Re:    *Auctus Fund, LLC v. Nugene International, Inc.,*
               *Civil Action No. 1:20-CV-11336-ADB (U.S. Dist. Ct., D. Mass.)*

Dear Judge Burroughs:

      Pursuant to this Court's Memorandum and Order and the ECF Notice (Dkt. No. 18), as entered on March 19, 2021, and my telephone conference with your Docket Clerk, Ms. Christina McDonagh, please accept this correspondence as the notification of the Plaintiff, Auctus Fund LLC (hereinafter "Auctus"), of its intention to file its First Amended Complaint and Demand for Jury Trial, with <u>Exhibits</u>, in the above-referenced action.

      The Plaintiff respectfully requests thirty (30) days from the date hereof, to and including Monday, April 26, 2021, in order to prepare and file its First Amended Complaint.

      Thank you for your courtesy and consideration of this notification and request.

                                                 Very truly yours,

                                                 */s/ Philip M. Giordano*
                                                 Philip M. Giordano
                                                 Giordano & Company, P.C.

PMG/ap
cc: Christina McDonagh, Docket Clerk
     (email only: christina_mcdonagh@mad.uscourts.gov)